## United States District Court for the Northern District of Illinois

Case Number: `08CV3885`   Assigned/Issued By: `DAJ`

Judge Name: `HOLDERMAN`   Designated Magistrate Judge: `SCHENKIER`

---

### FEE INFORMATION

*Amount Due:* ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets   (Victim, Against and $ Amount)

☐ Writ _____
   (Type of Writ)

`2` Original and `0` copies on `07/10/08` as to `TRANS UNION LLC,`
   (Date)
`WFS FINANCIAL`

C:\wpwin80\docket\feeinfo.frm   03/14/05