## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of     Case Number: 08-cv-3885

ANTHONY TURKALY
v.
TRANS UNION, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant WFS Financial, Inc.

| NAME (Type or print) |
| --- |
| Brian P. O'Meara |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Brian P. O'Meara |
| FIRM |
| McGuireWoods LLP |
| STREET ADDRESS |
| 77 W. Wacker Drive, Suite 4100 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6275625 | (312) 849-8100 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, I filed the foregoing **APPEARANCE OF BRIAN P. O'MEARA** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

>Larry P. Smith
>Larry P. Smith & Associates, Ltd.
>205 N. Michigan Avenue
>40th Floor
>Chicago, Illinois 60601
>lsmith@lpsmithlaw.com


>/s/ Brian P. O'Meara

\6449055.1