UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| ANTHONY TURKALY,<br>    Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, and<br>WFS FINANCIAL, INC.,<br>    Defendants. | CASE NO. 1:08-cv-03885<br><br>Judge James F. Holderman |

**TRANS UNION, LLC'S LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant Trans Union, LLC, by counsel, submits this Disclosure Statement pursuant to Fed.R.Civ.P. 7.1 and Local Rule 3.2:

All affiliates of the party:  Trans Union Corp.

Respectfully submitted,

*s/ Christopher T. Lane*
Christopher T. Lane, Esq. (IL #21704-49)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  clane@schuckitlaw.com

*Counsel for Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **TRANS UNION, LLC'S LOCAL RULE 3.2 DISCLOSURE STATEMENT** has been filed electronically on the **30th day of July, 2008**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Larry P. Smith, Esq.<br>lsmith@lpsmithlaw.com | Alyssa H. Blackwell, Esq.<br>ablackwell@lpsmithlaw.com |
|---|---|
| David Luther Hartsell<br>dhartsell@mcguirewoods.com | Brian Patrick O'Meara<br>bomeara@mcguirewoods.com |

The undersigned further certifies that a true copy of the foregoing **TRANS UNION, LLC'S LOCAL RULE 3.2 DISCLOSURE STATEMENT** was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **30th day of July, 2008**, properly addressed as follows:

| None | |
|---|---|

*s/ Christopher T. Lane*
Christopher T. Lane, Esq. (IL #21704-49)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  clane@schuckitlaw.com

*Counsel for Trans Union, LLC*