IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY TURKALY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 08 C 3885 |
| v. ) | |
| ) | Judge Holderman |
| TRANS UNION, LLC and ) | |
| WFS FINANCIAL, INC., ) | Magistrate Judge Schenkier |
| ) | |
| Defendants. ) | |

**DEFENDANT WFS FINANCIAL, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant WFS FINANCIAL, INC. ("WFS"), by its attorneys, for its Motion for an Enlargement of Time to Respond to Plaintiff's Complaint, states as follows:

1. Plaintiff Anthony Turkaly ("Plaintiff") filed his complaint in this matter on July 8, 2008.

2. The summons and complaint were served upon WFS on July 21, 2008. As such, WFS's responsive pleading is currently due on August 11, 2008.

3. WFS needs additional time to investigate the facts of this case to prepare an appropriate response to Plaintiff's complaint.

4. Therefore, WFS requests an additional twenty-one (21) days to respond to Plaintiff's complaint, on or before September 1, 2008.

5. WFS's counsel has conferred with Plaintiff's counsel and Plaintiff's counsel does not oppose this Motion.

WHEREFORE, WFS respectfully prays that this Honorable Court grant WFS an additional twenty-one (21) days to respond to Plaintiff's complaint, on or before September 1, 2008, and enter whatever further relief this Court deems just and appropriate.

DATED:  August 5, 2008

        Respectfully submitted,
        WFS FINANCIAL, INC.

        By:   s/ Brian P. O'Meara
             One of Its Attorneys

David L. Hartsell
Brian P. O'Meara
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1818
Telephone:  312-849-8100
Facsimile:  312-849-3690
dhartsell@mcguirewoods.com
bomeara@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I electronically filed the foregoing **DEFENDANT WFS FINANCIAL, INC.'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Christopher T. Lane
> Schuckit & Associates PC
> 30th Floor, Market Tower
> 10 W. Market Street, Suite 3000
> Indianapolis, IN 46204
> clane@schuckitlaw.com
>
> Larry P. Smith, Esq.
> Alyssa Hicks Blackwell
> LARRY P. SMITH & ASSOCIATES, LTD.
> 205 N. Michigan Avenue
> 40th Floor
> Chicago, IL 60601
> lsmith@lpsmithlaw.com
> ablackwell@lpsmithlaw.com

s/Brian P. O'Meara

\6464822.1