## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Anthony Turkaly

                         Plaintiff,

v.                                                       Case No.: 1:08−cv−03885
                                                      Honorable James F. Holderman

Trans Union, LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 8, 2008:

      MINUTE entry before the Honorable James F. Holderman: Defendant WFS Financial, Inc.'s unopposed motion for extension of time to file answer regarding complaint 12] is granted; defendant is given until 9/2/2008 to answer or otherwise plead to the complaint. Status hearing set for 9/11/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.