**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ANTHONY TURKALY,** )<br>)<br>     **Plaintiff,**   )<br>)<br>       v.              )<br>)<br>**TRANS UNION, LLC and** )<br>**WFS FINANCIAL, INC.,** )<br>)<br>     **Defendants.**   ) | Civil No. 08 C 3885<br><br>Judge Holderman<br><br>Magistrate Judge Schenkier |

### NOTICE OF UNOPPOSED MOTION

To:  See Attached

PLEASE TAKE NOTICE that on **Thursday, September 4, 2008**, at the hour of **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James F. Holderman or any judge sitting in his stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 2541, and then and there present the attached **DEFENDANT WFS FINANCIAL, INC.'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**, a copy of which is served upon you.

Dated: August 29, 2008

Respectfully Submitted,

WFS FINANCIAL, INC.

By:   s/ Brian P. O'Meara
      One of its Attorneys

David L. Hartsell
Brian P. O'Meara
McGUIREWOODS LLP
77 W. Wacker Drive, Ste. 4100
Chicago, Illinois 60601-1815
(312) 849-8100
(312) 849-3690 (fax)
dhartsell@mcguirewoods.com
bomeara@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Larry P. Smith, Esq.
>Alyssa Hicks Blackwell
>LARRY P. SMITH & ASSOCIATES, LTD.
>205 N. Michigan Avenue, 40th Floor
>Chicago, IL 60601
>Email: lsmith@lpsmithlaw.com
>Email: ablackwell@lpsmithlaw.com
>
>Christopher T. Lane
>Schuckit & Associates PC
>30th Floor, Market Tower
>10 W. Market Street, Suite 3000
>Indianapolis, IN 46204
>Email: clane@schuckitlaw.com

>s/ Brian P. O'Meara

\6465387.1